**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JINGXU X HE and** | § | |
| **YANYAN ZHANG,** | § | |
| *Plaintiffs*, | § | |
| | § | **Civil Action No. 4:25-cv-0354** |
| v. | § | |
| | § | **JURY TRIAL REQUESTED** |
| **ALLSTATE VEHICLE & PROPERTY** | § | |
| **INSURANCE COMPANY,** | § | |
| *Defendant*. | § | |

**Exhibit A**

**INDEX OF MATTERS BEING FILED**

The following matters are filed with Defendants' Notice of Removal in the above-referenced action:

1.  **Notice of Removal.** with the following Exhibits attached:

    Exhibit A    Index of Matter Being Filed

    Exhibit B    List of All Counsel and Parties of Record Represented

    Exhibit C    Civil Docket Sheet in the State Court Action

    Exhibit D    Plaintiff's Original Petition, filed 12/19/24

    Exhibit E    Return of Service for Defendant Allstate Vehicle and Property Insurance Company, filed 12/31/24

    Exhibit F    Defendants' Answer to Plaintiffs' Original Petition filed 1/16/25

    Exhibit G    Plaintiff's Pre-Suit Correspondence, dated 01/11/2024

2.  **Defendant's Corporate Disclosure Statement** is being filed as a separately signed and filed document in compliance with Federal Rule of Civil Procedure 7.1.

1

          Respectfully submitted,
          MARTIN, DISIERE, JEFFERSON & WISDOM L.L.P.

         By: */s/ Michael W. McCoy*
          **Michael W. McCoy**
          State Bar No. 13471850
          Email: mccoy@mdjwlaw.com
         808 Travis Street, Suite 1100
         Houston, Texas 77002
         Telephone: (713) 632-1700
         Facsimile: (713) 222-0101

         **ATTORNEYS FOR DEFENDANT**
         **ALLSTATE VEHICLE & PROPERTY**
         **INSURANCE COMPANY**

**Of Counsel:**
**Chelsea M. Foster**
State Bar No. 24127510
Fed ID:
E-mail: foster@mdjwlaw.com

808 Travis Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

## CERTIFICATE OF SERVICE

   I hereby certify that on January 28, 2025, I served the following counsel of record electronically or by other manner authorized by the Texas Rules of Civil Procedure:

***Via ECF/Email:*** ben@ck-frim.com
brennan@ck-firm.com
Benjamin R. Crowell, III
Brennan M. Kucera
CROWELL & KUCERA, PLLC
2028 E. Ben White Blvd, Ste. 240-2015
Austin, Texas 78741

*Attorneys for Plaintiffs*

          */s/ Michael W. McCoy*
          Michael W. McCoy