UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JINGXU X HE and YANYAN ZHANG,<br>   *Plaintiffs*,<br><br>v.<br><br>ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY,<br>   *Defendant*. | Civil Action No. 4:25-cv-0354<br><br>JURY TRIAL REQUESTED |

# EXHIBIT B

## DEFENDANT'S LIST OF PARTIES AND COUNSEL OF RECORD

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant files this List of Parties and Counsel of Record, which includes a list of all parties and their counsel of record, including addresses, telephone numbers, and parties represented:

| **Plaintiff:**<br>Jingxu X He<br>Yanyan Zhang | **Plaintiffs' Counsel:**<br>Benjamin R. Crowell, III<br>Brennan M. Kucera<br>CROWELL & KUCERA, PLLC<br>2028 E. Ben White Blvd, Ste. 240-2015<br>Austin, Texas 78741<br>Telephone: (512) 870-7099<br>Facsimile: (512) 388-9520 |
|---|---|
| **Defendant:**<br>Allstate Vehicle & Property Insurance Company | **Defendant's Counsel:**<br>Michael W. McCoy<br>Chelsea Foster<br>MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.<br>808 Travis Street, Suite 1100 |

| | Houston, Texas 77002<br>Telephone: (713) 632-1700<br>Facsimile: (713) 222-0101 |
|---|---|

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: /s/ Michael W. McCoy
      **Michael W. McCoy**
      State Bar No. 13471850
      E-mail: mccoy@mdjwlaw.com

808 Travis Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

**ATTORNEYS FOR DEFENDANT
ALLSTATE VEHICLE & PROPERTY
INSURANCE COMPANY**

**Of Counsel:**
**Chelsea M. Foster**
State Bar No. 24127510
E-mail: foster@mdjwlaw.com

808 Travis Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101